# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY MAGENO,<br><br>Defendant. | 2:11-CR-0048-JCM-CWH<br><br>**ORDER**<br>**GRANTING UNOPPOSED GOVERNMENT'S MOTION FOR COPY OF AUDIO RECORDING OF COURT TRIAL PROCEEDINGS ON MAY 23, 2012** |

The Court having read the Government's motion and understanding that defense counsel does not oppose the motion finds good cause for allowing the Government to obtain a copy of the audio recording of the Court Trial Proceedings of May 23, 2012.

It is hereby ORDERED, that the Government may place an order for a CD of the audio recording of the Court Trial Proceedings on May 23, 2012, in *United Sates v. Nancy Mageno*, 2:11-CR-0048-JCM-CWH, with the Clerk of the Court and that the Clerk of the Court may provide a copy of the audio recording of the Court Trial Proceedings to the Government.

DATED August 15, 2014.

_____
JAMES C. MAHAN
United States District Judge