UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>NANCY MAGENO,<br><br>Defendant(s). | Case No. 2:11-CR-48 JCM (CWH)<br><br>ORDER |

Presently before the court is the case of *United States of America v. Nancy Mageno*, case number 2:11-cr-00048-JCM-CWH-7.

On June 8, 2015, the federal public defender filed a motion to appoint counsel for defendant for the purpose of determining whether defendant may qualify for a sentence reduction. (Doc. # 369). On June 10, 2015, pursuant to the District of Nevada's protocol for discretionary sentence reductions, the court entered an order appointing the federal public defender as counsel to represent the defendant. (Doc. # 370).

On August 4, 2015, the parties filed a joint stipulation for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). (Doc. # 380). The parties have reached an agreement concerning a discretionary sentence reduction.

Included in the joint stipulation is a declaration from the defendant consenting to the entry of an amended sentence and setting forth the appropriate waivers. (Doc. #380-1). The joint stipulation also contains a certification by defense counsel that counsel has communicated with the defendant and that the defendant consents to the proposed resolution. Finally, the joint stipulation sets forth the amended guidelines sentencing range as calculated by the parties and an agreement to a particular sentence.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Nancy Mageno be, and the same hereby is, GRANTED a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

IT IS FURTHER ORDERED that defendant's sentence of imprisonment is reduced to 78 months' imprisonment. All other provisions of the judgment dated September 12, 2012, are to remain in effect. The effective date of defendant's sentence reduction shall be November 1, 2015.

DATED August 10, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**